UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>ITT EDUCATIONAL SERVICES, INC., *et al.*,<br><br>      Debtors. | Chapter 7<br><br>Case No. 16-07207-JMC-7A<br><br>**Jointly Administered** |
| DEBORAH J. CARUSO, TRUSTEE FOR ITT EDUCATIONAL SERVICES, INC., *et al.*,<br><br>      Plaintiff,<br><br>   -against-<br><br>SECURITIES AND EXCHANGE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU, MAURA T. HEALEY, in her capacity as the Attorney General of the Commonwealth of Massachusetts, HECTOR H. BALDERAS, JR., in his capacity as the Attorney General of the State of New Mexico, TERRI L. BURTON, RAYMOND BRINEY, RODFORD SEABOLT, DALISHA K. ALDRIDGE, KAYLA SCIFRES, THERESA WINTERS, NICOLE AKERLEY, and JOHN/JANE DOES 1-10.<br><br>      Defendants. | Chapter 7<br><br>Adversary Proceeding No. 16-50318 |

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

   COMES NOW Lisa Giandomenico, Assistant Attorney General, and enters her appearance in this action on behalf of Hector H. Balderas, Jr., in his capacity as the Attorney General of the State of New Mexico, in substitution for Joseph Yar and Abby Engen, Assistant Attorneys General.

Respectfully submitted,

HECTOR H. BALDERAS,
New Mexico Attorney General

*/s/ Lisa Giandomenico*
Lisa Giandomenico, NM Bar No. 147109
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
505-490-4846
lgiandomenico@nmag.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. Parties may access this filing through the Court's system.

*/s/ Lisa Giandomenico*
Lisa Giandomenico

2