# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

**Debtor:** ITT EDUCATIONAL SERVICES, INC.
**Case Number:** 16-07207-JMC-7A       **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, MARCH 20, 2019 01:30 PM   IP 325
**Bankruptcy Judge:** JAMES M. CARR
**Courtroom Clerk:** HEATHER BUTLER
**Reporter / ECR:** HEATHER BUTLER

## Matter:

ADV: 1-16-50318

**Deborah Caruso vs Securities and Exchange Commission**

Final Hearing on Plaintiff's Motion for Preliminary Injunction with Affidavit/Declaration Showing Compliance with Fed.R.Bankr.P. 7065; Objection of Defendant Maura T. Healey; Consumer Financial Protection Bureau; Securities and Exchange Commission; Reply of Trustee  [3], [19], [21], [22], [23], [76], [84], [87], [98]

**R / M #:**   0 / 0

## Appearances:

MEREDITH R. THEISEN, ATTORNEY FOR DEBORAH CARUSO
DEBORAH CARUSO, ATTORNEY FOR DEBORAH CARUSO

## Proceedings:

(1) Disposition:  Hearing held.  Trustee reports that she reached an agreement with the Consumer Financial Protection Bureau, the Commonwealth of Massachusetts and the State of New Mexico for an extension of the voluntary stay through 7/1/19.  Subject to such agreement, the Court extends the stay pursuant to sections 362 and/or 105 through 7/1/19.  Matter continued to 6/12/19 at 1:30 p.m.   Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**