UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> ITT EDUCATIONAL SERVICES, INC., *et al.*[1] ) <br> ) <br>     Debtors. ) <br> ) <br> DEBORAH J. CARUSO, TRUSTEE FOR ITT ) <br> EDUCATIONAL SERVICES, INC., *et al.*, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SECURITIES AND EXCHANGE COMMISSION, ) <br> CONSUMER FINANCIAL PROTECTION ) <br> BUREAU, MAURA T. HEALEY, in her capacity ) <br> as the Attorney General of the Commonwealth of ) <br> Massachusetts, HECTOR H. BALDERAS, JR., ) <br> in his capacity as the Attorney General of the State ) <br> of New Mexico, TERRI L. BURTON, RAYMOND ) <br> BRINEY, RODFORD SEABOLT, DALISHA K. ) <br> ALDRIDGE, KAYLA SCIFRES, THERESA ) <br> WINTERS, NICOLE AKERLEY, and ) <br> JOHN/JANE DOES 1-10, ) <br> ) <br>     Defendants. ) | Case No.  16-07207-JMC-7A <br><br> Jointly Administered <br><br><br><br><br><br> Adversary Proceeding No. 16-50318 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7041, Deborah J. Caruso, the chapter 7 trustee in the bankruptcy cases of ITT Educational Services, Inc. and its affiliated debtors and the Plaintiff in the above-captioned action (the "Adversary Proceeding"), voluntarily dismisses

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

this Adversary Proceeding against Defendant CONSUMER FINANCIAL PROTECTION BUREAU without prejudice.

>Respectfully submitted,
>
>*/s/ Deborah J. Caruso*
>Deborah J. Caruso (Atty. No. 4273-49)
>John C. Hoard (Atty. No. 8024-49)
>James E. Rossow Jr. (Atty. No. 21063-29)
>Meredith R. Theisen (Atty. No. 28804-49)
>**RUBIN & LEVIN, P.C.**
>135 N. Pennsylvania Street, Suite 1400
>Indianapolis, Indiana 46204
>Telephone:  (317) 634-0300
>Facsimile:  (317) 263-9411
>
>*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a copy of the foregoing *Notice of Voluntary Dismissal without Prejudice* was filed electronically.  Pursuant to Section IV.C.3(a) of the *Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") approved by this Court on October 4, 2016, notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;jkrichbaum@rubin-levin.net;atty_dcaruso@bluestylus.com
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
Lisa Giandomenico    lgiandomenico@nmag.gov
John C. Hoard    johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Diana Hooley    diana.hooley@state.ma.us
James C Jacobsen    jjacobsen@nmag.gov, eheltman@nmag.gov
Timothy Q. Karcher    tkarcher@proskauer.com
Jeff J. Marwil    jmarwil@proskauer.com, npetrov@proskauer.com;pyoung@proskauer.com;sholinstat@proskauer.com
Rachel Jaffe Mauceri    rachel.mauceri@morganlewis.com
Maureen Elin McOwen    molly.mcowen@cfpb.gov
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
Jonathan Hjalmer Reischl    jonathan.reischl@cfpb.gov
James E Rossow    jim@rubin-levin.net, ATTY_JER@trustesolutions.com;mralph@rubin-levin.net

2

Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com

                */s/ Deborah J. Caruso*
                Deborah J. Caruso

G:\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Adversary Proceedings 11-4-19\Adversary Proceedings\SEC - 86723905\Drafts\notice dismissal - CFPB.DOCX