UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
|     Debtors. | ) | Jointly Administered |
| | ) | |
| DEBORAH J. CARUSO, TRUSTEE FOR ITT EDUCATIONAL SERVICES, INC., *et al.*, | ) ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 16-50318 |
| v. | ) | |
| | ) | |
| SECURITIES AND EXCHANGE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU, MAURA T. HEALEY, in her capacity as the Attorney General of the Commonwealth of Massachusetts, HECTOR H. BALDERAS, JR., in his capacity as the Attorney General of the State of New Mexico, TERRI L. BURTON, RAYMOND BRINEY, RODFORD SEABOLT, DALISHA K. ALDRIDGE, KAYLA SCIFRES, THERESA WINTERS, NICOLE AKERLEY, and JOHN/JANE DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7041, Deborah J. Caruso, the chapter 7 trustee in the bankruptcy cases of ITT Educational Services, Inc. and its affiliated debtors and the Plaintiff in the above-captioned action (the "Adversary Proceeding"), voluntarily dismisses this Adversary Proceeding against Defendants MAURA T. HEALEY, in her capacity as the

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Attorney General of the Commonwealth of Massachusetts, and HECTOR H. BALDERAS, Jr., in his capacity as the Attorney General of the State of New Mexico, both without prejudice.

          Respectfully submitted,

*/s/ Meredith R. Theisen*
Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
**RUBIN & LEVIN, P.C.**
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Telephone:  (317) 634-0300
Facsimile:  (317) 263-9411

*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, a copy of the foregoing *Notice of Voluntary Dismissal without Prejudice* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

James David Ballinger     jim@kentuckytrial.com, jennifer@kentuckytrial.com
Deborah Caruso     dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
Lisa Giandomenico     lgiandomenico@nmag.gov
John C. Hoard     johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Diana Hooley     diana.hooley@state.ma.us
James C Jacobsen     jjacobsen@nmag.gov, eheltman@nmag.gov
Timothy Q. Karcher     tkarcher@proskauer.com
Jeff J. Marwil     jmarwil@proskauer.com
Rachel Jaffe Mauceri     rmauceri@rc.com
Maureen Elin McOwen     molly.mcowen@cfpb.gov
Thomas E Mixdorf     thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
Jonathan Hjalmer Reischl     jonathan.reischl@cfpb.gov
James E Rossow     jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@trustesolutions.com
Meredith R. Theisen     mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Philip A. Whistler     philip.whistler@icemiller.com, holly.minnis@icemiller.com
Cathleen Dianne Wyatt     cwyatt@fbtlaw.com, tacton@fbtlaw.com

3

Philip A. Whistler philip.whistler@icemiller.com, holly.minnis@icemiller.com
Cathleen Dianne Wyatt cwyatt@fbtlaw.com, tacton@fbtlaw.com

                */s/ Meredith R. Theisen*
                Meredith R. Theisen