UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DEBORAH J. CARUSO, TRUSTEE FOR ITT EDUCATIONAL SERVICES, INC., *et al.*, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. 16-50318 |
| v. | ) | |
| | ) | |
| SECURITIES AND EXCHANGE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU, MAURA T. HEALEY, in her capacity as the Attorney General of the Commonwealth of Massachusetts, HECTOR H. BALDERAS, JR., in his capacity as the Attorney General of the State of New Mexico, TERRI L. BURTON, RAYMOND BRINEY, RODFORD SEABOLT, DALISHA K. ALDRIDGE, KAYLA SCIFRES, THERESA WINTERS, NICOLE AKERLEY, and JOHN/JANE DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
JOHN/JANE DOES 1-10 WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7041, Deborah J. Caruso, the chapter 7 trustee in the bankruptcy cases of ITT Educational Services, Inc. and its affiliated debtors and

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

the Plaintiff in the above-captioned action (the "Adversary Proceeding"), voluntarily dismisses this Adversary Proceeding against Defendants JOHN/JANE DOES 1-10, without prejudice.

Respectfully submitted,

*/s/ Meredith R. Theisen*
Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
**RUBIN & LEVIN, P.C.**
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Telephone:  (317) 634-0300
Facsimile:  (317) 263-9411

*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a copy of the foregoing *Notice of Voluntary Dismissal of John/Jane Does 1-10 without Prejudice* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

James David Ballinger    jim@kentuckytrial.com, jennifer@kentuckytrial.com
Deborah Caruso    dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Elaine Victoria Fenna    elaine.fenna@morganlewis.com
John C. Hoard    johnh@rubin-levin.net, lking@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Timothy Q. Karcher    tkarcher@proskauer.com
Jeff J. Marwil    jmarwil@proskauer.com
Rachel Jaffe Mauceri    rmauceri@rc.com
Thomas E Mixdorf    thomas.mixdorf@icemiller.com, brandy.matney@icemiller.com
James E Rossow    jim@rubin-levin.net, mralph@rubin-levin.net;ATTY_JER@bluestylus.com
Meredith R. Theisen    mtheisen@rubin-levin.net, dwright@rubin-levin.net;mcruser@rubin-levin.net
Meredith R. Theisen    mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Philip A. Whistler    philip.whistler@icemiller.com, holly.minnis@icemiller.com
Cathleen Dianne Wyatt    cwyatt@fbtlaw.com, tacton@fbtlaw.com

*/s/ Meredith R. Theisen*
Meredith R. Theisen
