**SO ORDERED: April 28, 2023.**



_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Case No. 16-07207-JMC-7A |
| ITT EDUCATIONAL SERVICES, INC., *et al.*,[1] | Chapter 7 |
| Debtors. | Jointly Administered |
| DEBORAH J. CARUSO, TRUSTEE FOR ITT EDUCATIONAL SERVICES, INC., *et al.*, | Adv. Proceeding No. 16-50318-JMC |
| Plaintiff, | |
| -against- | |
| SECURITIES AND EXCHANGE COMMISSION, CONSUMER FINANCIAL PROTECTION BUREAU, MAURA T. HEALY, in her capacity as the Attorney General of the Commonwealth of Massachusetts, HECTOR H. BALDERAS, JR., in his capacity as the Attorney General of the State of New Mexico, TERRI L. BURTON, RAYMOND BRINEY, RODFORD SEABOLT, DALISHA K. ALDRIDGE, KAYLA SCIFRES, THERESA WINTERS, NICOLE AKERLEY, and JOHN/JANE DOES 1-10, | |
| Defendants. | |

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers, are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

## ORDER GRANTING TRUSTEE'S MOTION TO
## DISMISS REMAINING DEFENDANTS WITHOUT PREJUDICE

This matter is before the Court on the *Trustee's Motion to Dismiss Remaining Defendants without Prejudice* (the "Motion")[2] [Doc 185], filed by Deborah J. Caruso, the chapter 7 trustee in the above-captioned bankruptcy cases and plaintiff herein (the "Trustee"). In the Motion, the Trustee requests entry of an order dismissing this adversary proceeding against the Kentucky Defendants, without prejudice.

The Court, having considered the Motion and being otherwise duly advised in the premises, determines that the Motion should be, and hereby is, GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Motion is GRANTED in its entirety.

2. This adversary proceeding is hereby dismissed against the Kentucky Defendants, without prejudice.

3. The Court's prior orders in this adversary proceeding, including but not limited to, the 1st Order and 2nd Order, shall remain unaffected by the dismissal of the Kentucky Defendants.

###

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings used in the Motion.